Fred Lincer, Respondent, *v.* Canaday Cooler Co.,
Inc., Appellant.
Fred Lincer, Respondent, *v.* Jack Rubin, Appellant.

(Argued April 22, 1936; decided May 19, 1936.)

*Joseph S. McCann* and *William J. Ahearn* for Canaday Cooler Co., Inc., appellant.
*William J. Grace* for Jack Rubin, appellant.
*Maxwell H. Goldstein* for respondent.

In each case, judgment affirmed, with costs; no opinion.
Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs, Crouch, Loughran and Finch, JJ.